```
                              United States Bankruptcy Court
                                   District of Puerto Rico
In re:                                                                        Case No. 04-04069-BKT
SAMUEL LLINAS BORIA                                                           Chapter 7
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0104-3          User: borregom             Page 1 of 1                  Date Rcvd: Apr 20, 2011
                              Form ID: pdf003            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2011.
db           SAMUEL LLINAS BORIA,    CALLE 22 BLQ 9 20 MIRAFLORES,    BAYAMON, PR   00957

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           E-mail/Text: maria.benabe@firstbankpr.com Apr 20 2011 18:43:17     FIRSTBANK PUERTO RICO,
             PO BOX 9146,    SAN JUAN, PR   00908-0146
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 22, 2011**                    **Signature:** _Joseph Speetjens_

```
                IN THE UNITED STATES BANKRUPTCY COURT FOR
                       THE DISTRICT OF PUERTO RICO
```

IN RE:

CASE NO. 04-04069 BKT

SAMUEL LLINAS BORIA                    Chapter 7

XXX-XX-2372

**FILED & ENTERED ON 04/20/2011**

    Debtor(s)

                                ORDER

   The motion requesting withdrawal on unclaimed funds filed by FIRSTBANK PUERTO RICO (docket #98) is hereby denied, it does not comply with the Local Bankruptcy Rules of U.S. Bankruptcy Court for the District of Puerto Rico 3011-1(b)(3).

   IT IS SO ORDERED.

   San Juan, Puerto Rico, this 20 day of April, 2011.

                                          Brian K. Tester
                                          U.S. Bankruptcy Judge

CC:  DEBTOR(S)
     ROBERTO FIGUEROA CARRASQUILLO
     JOHN A ZERBE
     FIRSTBANK PUERTO RICO